UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| LEAH ROYCE HINES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:04-CV-0690 |
| | ) | Honorable John T. Copenhaver, Jr. |
| WYETH, d/b/a Wyeth, Inc.; | ) | |
| WYETH PHARMACEUTICALS, INC. | ) | |
| and PHARMACIA & UPJOHN | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE
## TESTIMONY OF DRS. MATTHEW HOLLON AND ADRIANE FUGH-BERMAN

Defendants, by and through their undersigned counsel, file this *Daubert* Motion to Exclude Testimony of Drs. Matthew Hollon and Adriane Fugh-Berman. In support of this motion, Defendants attach hereto and incorporate by reference Exhibits 1 through 19, and provide the accompanying memorandum.

Defendants further request an opportunity to be heard on this matter, pursuant to Local Rule of Civil Procedure 78.1.

Dated: May 27th, 2011         Respectfully submitted,

/s/ Erik W. Legg_____
Michael J. Farrell, Esquire (W.V. Bar No. 1168)
Tamela J. White, Esquire (W.V. Bar No. 6392)
Erik W. Legg, Esquire (W.V. Bar No. 7738)
**FARRELL, WHITE & LEGG PLLC**
914 Fifth Avenue
P.O. Box 6457
Huntington, WV 25772-6457
(304) 522-9100 (Telephone)
(304) 522-9162 (Facsimile)

mjf@farrell3.com
tjw@farrell3.com
ewl@farrell3.com


Richard M. Barnes, Esquire
James A. Frederick, Esquire
Jeffrey J. Hines, Esquire
Shayon T. Smith, Esquire
Aaron L. Moore, Esquire
**GOODELL, DEVRIES, LEECH & DANN, LLP**
One South Street, 20th Floor
Baltimore, MD 21202
410-783-4000 (Telephone)
410-783-4040 (Facsimile)
rmb@gdldlaw.com
jaf@gdldlaw.com
jjh@gdldlaw.com
amoore@gdldlaw.com
ssmith@gdldlaw.com

Edward J. Bennett, Esquire
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
202-434-5000 (Telephone)
202-434-5029 (Facsimile)
ebennett@wc.com

Bert L. Slonim, Esquire
**KAYE SCHOLER**
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000 (Telephone)
(212) 836-8689 (Facsimile)
bslonim@kayescholer.com


*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| LEAH ROYCE HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No: 2:04-cv-00690 |
| v. ) | Honorable John T. Copenhaver, Jr. |
| ) | |
| WYETH, d/b/a Wyeth, Inc.; ) | |
| WYETH PHARMACEUTICALS, INC.; ) | |
| and PHARMACIA & UPJOHN ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2011 a true and correct copy of the foregoing was filed on behalf of the Defendants electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Richard S. Lewis, Esquire
James Pizzirusso, Esquire
Melinda R. Coolidge, Esquire
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
202-540-7200 (Telephone)
202-540-7201 (Facsimile)
rlewis@hausfeldllp.com
jpizzirusso@hausfeldllp.com
mcoolidge@hausfeldllp.com

Christopher Kirchmer, Esquire
**PROVOST UMPHREY LAW FIRM, LLP**
P.O. Box 4905
Beaumont, TX 77704
409-299-5178 (Telephone)
409-838-8888 (Facsimile)
ckirchmer@provostumphrey.com

Harry F. Bell, Jr., Esquire
Jonathan W. Price, Esquire
**THE BELL LAW FIRM, PLLC**
30 Capitol Street
P.O. Box 1723
Charleston, WV 25326-1723
304-345-1700 (Telephone)
304-345-1715 (Facsimile)
hfbell@belllaw.com
jwprice@belllaw.com

Thomas H. McGowan, Esquire
**PROVOST UMPHREY LAW FIRM, LLP**
1 Riverfront Place, Suite 605
Little Rock, AR 72114
501-374-3655 (Telephone)
501-374-4279 (Facsimile)
tmcgowan@pulf.com

| | |
|---|---|
| Michael L. Williams, Esquire<br>**WILLIAMS LOVE O'LEARY & POWERS, P.C.**<br>9755 Southwest Barnes Road<br>Portland, OR  97225<br>503-295-2924 (Telephone)<br>503-295-3720 (Facsimile)<br>mwilliams@wdolaw.com | Bert L. Slonim, Esquire<br>**KAYE SCHOLER**<br>425 Park Avenue<br>New York, NY 10022-3598<br>(212) 836-8000 (Telephone)<br>(212) 836-8689 (Facsimile)<br>bslonim@kayescholer.com |
| Andrew N. Friedman, Esquire<br>**COHEN MILSTEIN SELLER & TOLL PLLC**<br>West Tower, Suite 500<br>1100 New York Avenue, NW<br>Washington, DC  20005<br>202-408-4600 (Telephone)<br>202-408-4699 (Facsimile)<br>bpratt@cohenmilstein.com | Richard M. Barnes, Esquire<br>James A. Frederick, Esquire<br>Jeffrey J. Hines, Esquire<br>Shayon T. Smith, Esquire<br>Aaron L. Moore, Esquire<br>**GOODELL, DEVRIES, LEECH & DANN, LLP**<br>One South Street, 20th Floor<br>Baltimore, MD  21202<br>410-783-4000 (Telephone)<br>410-783-4040 (Facsimile)<br>rmb@gdldlaw.com<br>jaf@gdldlaw.com<br>jjh@gdldlaw.com<br>ssmith@gdldlaw.com<br>amoore@gdldlaw.com |
| Edward J. Bennett, Esquire<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>202-434-5000 (Telephone)<br>202-434-5029 (Facsimile)<br>ebennett@wc.com | |

/s/ Erik W. Legg
Michael J. Farrell, Esquire (WVSB # 1168)
Tamela J. White, Esquire (WVSB # 6392)
Erik W. Legg, Esquire (WVSB # 7738)
**FARRELL, WHITE & LEGG PLLC**
914 Fifth Avenue
P.O. Box 6457
Huntington, WV  25772-6457
(304) 522-9100 (Telephone)
(304) 522-9162 (Facsimile)
mjf@farrell3.com
tjw@farrell3.com
ewl@farrell3.com