UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

LEAH ROYCE HINES,

    Plaintiff,

v.                              Civil Action No. 2:04-0690

WYETH, d/b/a Wyeth, Inc.;
WYETH PHARMACEUTICALS, INC.;
and PHARMACIA & UPJOHN COMPANY,

    Defendants.


## VERDICT FORM

1. Has Mrs. Hines proven by a preponderance of the evidence that the drugs Premarin and Prempro (manufactured by defendant Wyeth) and the drug Provera (manufactured by defendant Upjohn) proximately caused her breast cancer?

   _____ YES                 ✓ NO

   <u>If you answered "NO", proceed to Question 9, sign this form where indicated, and inform the Court Security Officer you have a verdict.</u>
   <u>If you answered "YES", please proceed.</u>

2. Has Mrs. Hines proven, by a preponderance of the evidence, her claim for failure to warn as to defendant Wyeth?

   _____ YES                 _____ NO

3. Has Mrs. Hines proven, by a preponderance of the evidence, her claim for failure to warn as to defendant Upjohn?

   _____ YES                 _____ NO

4. Has Mrs. Hines proven, by a preponderance of the evidence, her claim for breach of the implied warranty of merchantability as to defendant Wyeth?

   _____ YES          _____ NO

5. Has Mrs. Hines proven, by a preponderance of the evidence, her claim for breach of the implied warranty of merchantability as to defendant Upjohn?

   _____ YES          _____ NO

6. Has Mrs. Hines proven, by a preponderance of the evidence, her claim for design defect as to defendant Wyeth?

   _____ YES          _____ NO

7. Has Mrs. Hines proven, by a preponderance of the evidence, her claim for design defect as to defendant Upjohn?

   _____ YES          _____ NO

<u>If you answered "YES" to any of Questions 2 through 7, proceed to Question 8.
If you answered "NO" to all of Questions 2 through 7, proceed to Question 9, sign this form where indicated, and inform the Court Security Officer you have a verdict.</u>

8. What amount of money, if any, would fairly and reasonably compensate Mrs. Hines for the damages caused by the defendants' conduct?

   $ _____

9. Have defendants proven by a preponderance of the evidence that Mrs. Hines knew, or by the exercise of reasonable diligence should have known, on or before July 5, 2002, that Premarin, Prempro, and Provera had a causal relationship to her breast cancer?

   ✓ YES          _____ NO

We the jury do, by a preponderance of the evidence, unanimously agree upon the foregoing verdict.

_____     7/28/2011
Foreperson                       Date